NUMBERS 13-01-303-CR and 13-01-304-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


STEVEN HORNER , Appellant,


v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the County Court at Law 

of San Patricio County, Texas.

___________________________________________________________________


O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam


Appellant, STEVEN HORNER , perfected an appeal from judgments entered by the County Court at Law of San Patricio
County, Texas, in cause numbers 53273 and 52982 . Appellant has filed motions to dismiss the appeals. The motions
comply with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant's motions to dismiss the appeals, is of the opinion that
appellant's motions to dismiss the appeals should be granted. Appellant's motions to dismiss the appeals are granted, and
the appeals are hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 23rd day of August, 2001 .